THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0091-JCC |
| Plaintiff, | ORDER |
| v. | |
| SHAY LEWIS, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 12). Defendant is charged by Indictment with Distribution of Methamphetamine, Distribution of Controlled Substances, and Possession of Methamphetamine with Intent to Distribute. (Dkt. No. 1.) Trial is scheduled for September 13, 2021. (Dkt. No. 8.) Defendant moves to continue trial to February 14, 2022 and set the pretrial motions deadline for December 20, 2021. (Dkt. No. 12 at 1.) Defendant indicates that additional time is necessary to review voluminous discovery, which includes review of both documents and video footage. (*Id.* at 3.)

Having thoroughly considered the motion and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh Defendant and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Specifically, taking into account the exercise of due diligence, the failure to grant a continuance would deny Defendant's counsel reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result

ORDER
CR21-0091-JCC
PAGE - 1

in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court GRANTS Defendant's motion (Dkt. No. 12) and ORDERS:

1. The September 13, 2021 jury trial is CONTINUED until February 14, 2022.
2. The pretrial motions deadline is CONTINUED until December 20, 2021.
3. The period from the date of this order until February 14, 2022 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 24th day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE