THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        v.<br><br>SHAY L. LEWIS,<br><br>                   Defendant. | CASE NO. CR21-0091-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial motions deadlines (Dkt. No. 31). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is currently set for February 14, 2022. (Dkt. No. 14.) The parties seek a continuance, citing the need for more time to investigate the matter, continue plea negotiations, consider pretrial motions, and adequately prepare for trial. (*Id.* at 1–2.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Ms. Lewis and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

1. A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. Taking into account the exercise of due diligence, a failure to grant a continuance

ORDER
CR21-0091-JCC
PAGE - 1

in this case would deny Ms. Lewis' counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in § 3161(h)(7)(B)(iv); and

  3. The additional time requested is a reasonable period of delay.

It is therefore ORDERED as follows:

  1. The motion for a continuance (Dkt. No. 31) is GRANTED.

  2. The current trial date is CONTINUED to July 11, 2022; pretrial motions will be due April 18, 2022. Parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

  3. The time from the date of this order until the July 11, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

  DATED this 14th day of January 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE