THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-0091-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHAY L. LEWIS, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue trial and pretrial deadlines (Dkt. No. 37).

A grand jury indicted Defendant on three counts of distribution of methamphetamine, one count of distribution of controlled substances, and two counts of possession of methamphetamine with intent to distribute. (*See* Dkt. No. 1.) Trial is currently set for July 11, 2022, and the pretrial motions deadline is today. (*See* Dkt. No. 33.) Defendant, through counsel, seeks a continuance to November 7, 2022, citing the need for counsel to complete necessary investigative efforts to effectively advocate for Defendant in plea negotiations and/or complete pretrial motions and adequately prepare for trial. (Dkt. Nos. 37 at 1–2, 37-1 at 1–3.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

ORDER
CR21-0091-JCC
PAGE - 1

1.    Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2.    Failure to grant such a continuance is likely to result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3.    The additional time requested between the current trial date and the new trial date is a reasonable period of delay.

Accordingly, it is hereby ORDERED as follows: (1) Defendant's motion (Dkt. No. 37) is GRANTED; (2) the July 11, 2022 jury trial is CONTINUED to November 7, 2022, and pretrial motions will be due August 8, 2022; and (3) the period from the date of this order until November 7, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 18th day of April 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE