Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>SHAY LEWIS,<br><br>Defendant. | Case No. CR 21-091 JCC<br><br>[~~PROPOSED~~]<br><br>ORDER CONTINUING PRETRIAL MOTION DEADLINE |

This matter comes before the Court on the parties' stipulated motion to continue pretrial motion deadline to August 29, 2022 (Dkt. 40). Trial in this case is scheduled for November 7, 2022. The parties seek additional time to complete plea negotiations that are underway, and if necessary to finalize pretrial motions.

Accordingly, the Court GRANTS the motion (Dkt. 40) and ORDERS that the pretrial motion deadline is CONTINUED to August 29, 2022.

//
//
//
//

*U.S. v. Shay Lewis,* CR 210-091 JCC
Order Continuing Pretrial Motion Deadline
Page 1 of 2

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630

DATED this 9th day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Anna M. Tolin*
Anna M. Tolin
Attorney for Shay Lewis

*U.S. v. Shay Lewis,* CR 210-091 JCC
Order Continuing Pretrial Motion Deadline
Page 2 of 2

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630