Judge Richard A. Jones

UNITED STATES DISTRICY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:21-cr-00091-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SHAY L. LEWIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon the request of United States Probation for early termination of supervised release as to Defendant Shay L. Lewis. Dkt. 69.  Having considered the request, the government's brief in non-opposition, and the files and pleadings herein, the Court hereby GRANTS the request and terminates the supervision of Defendant Shay L. Lewis effective immediately.

DATED this 17th day of July, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1